IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

FORREST HAMM,

          Defendant.

Case No. ELH-25-272

## ORDER

Upon review of the Motion of the United States of America, the Court hereby adopts the Government's proffer of the reasons for unsealing as presented therein, and it is this 16th day of Janaury, 2026

ORDERED that the Criminal Information in this matter be unsealed as to the above captioned defendant.

It is further ORDERED that the plea agreement for the above captioned defendant be unsealed.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_____
Charles D. Austin
United States Magistrate Judge

1